■ ROBERT J. PETRO, Respondent, v RANDALL M. OPPITZ, Appellant, et al., Defendant. [762 NYS2d 866] —Appeal from an order of the Supreme Court (Moynihan, Jr., J.), entered April 22, 2002 in Warren County, which, inter alia, granted plaintiff's motion for summary judgment.

Order affirmed, upon the opinion of Justice G. Thomas Moynihan, Jr.

Mercure, J.P., Peters, Carpinello, Mugglin and Lahtinen, JJ., concur. Ordered that the order is affirmed, with costs.